Cite as 2019 Ark. 234

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE UPDATED LIST OF ATTORNEYS SUSPENDED FOR FAILURE TO PAY 2019 ANNUAL ATTORNEY-LICENSE FEE | *Opinion Delivered:* June 20, 2019 |

## PER CURIAM

On April 25, 2019, we issued an opinion pursuant to Rule VII(C) of the Rules Governing Admission to the Bar identifying attorneys who were suspended from the practice of law in the State of Arkansas due to the failure of those attorneys to pay their 2019 annual attorney-license fees. *See In re Suspension of Attorneys Who Failed to Pay 2019 Annual Attorney-License Fee*, 2019 Ark. 131 (per curiam). Since the issuance of that opinion, some attorneys have been reinstated by becoming current on past-due fees and penalties.

Rule VII(C)(18) requires that we periodically provide an updated list of attorneys suspended for failure to pay annual fees. Attached is an updated list. The attorneys listed in category 1 have not paid their license fees, have remained suspended for nonpayment, and shall not practice law in this state until they are reinstated to good standing. The attorneys listed in category 2 were suspended for failure to pay license fees, have become current on the fees and penalties, and are reinstated to their pre-suspension statuses. We caution that placement in category 2 is proof of good standing only as to payment of license fees.

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 94001**

Douglas S. Adams
Suffern, NY

**Bar Number: 76002**

Robert D. Alexander, Jr.
St. Joe, AR

**Bar Number: 2012037**

William Peter Alexander
Kansas City, MO

**Bar Number: 2011291**

Daniel Lewis Allen
Burien, WA

**Bar Number: 97187**

George Antonio Anaya
Athens, OH

**Bar Number: 73001**

Helen Wray Anderson
Mt. Pleasant, SC

**Bar Number: 73002**

Joe Brady Anderson
Mt. Pleasant, SC

**Bar Number: 78179**

Rolf L. Anderson-Leirvik
Portland, OR

**Bar Number: 99163**

Valerie Thompson Bailey
Little Rock, AR

**Bar Number: 98203**

Tracy Katherine Bamberger
Fayetteville, AR

**Bar Number: 98248**

Jo Kaye Bandy
Fayetteville, AR

**Bar Number: 98165**

John William Stokes Bateman
Starkville, MS

**Bar Number: 2014198**

Savanna Gail Baxter
Little Rock, AR

**Bar Number: 2014061**

John F. Beck
Saint Louis, MO

**Bar Number: 2006086**

Melanie A. Bell
Glenwood, AR

**Bar Number: 91248**

Dennis A. Bennett
Miami, FL

**Bar Number: 95253**

Morgan Andy Berry
Arkadelphia, AR

**Bar Number: 2000062**

David Ray Blanton
Las Vegas, NV

**Bar Number: 85012**

Mikel Robert Blocker
Rogers, AR

**Bar Number: 79018**

Walter Paul Blume
Little Rock, AR

**Bar Number: 2017097**

Amy L. Boler
Texarkana, TX

**Bar Number: 2003114**

Michael Richard Bond
Rogers, AR

**Bar Number: 89053**

Michael Dennis Booker
Little Rock, AR

**Bar Number: 2011105**

Kelly Beth Bowie
Ashdown, AR

**Bar Number: 2004186**

S. Renee Brida
Surprise, AZ

**Bar Number: 2002025**

F. Paul Bridges
Rogers, AR

**Bar Number: 2014177**

Justice Jete Brooks, I
Mabelvale, AR

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 91017**

F. Preston Buchner
Little Rock, AR

**Bar Number: 90054**

Timothy M. Buckley
Fayetteville, AR

**Bar Number: 97023**

Joan McLendon Budd
Phenix City, AL

**Bar Number: 69084**

Bruce Thomas Caldwell
Renton, WA

**Bar Number: 2010079**

Michael Eugene Carr
Tulsa, OK

**Bar Number: 92243**

William Dabbs Cavin
Little Rock, AR

**Bar Number: 74165**

Mary Susan Chadick
Arlington, VA

**Bar Number: 98223**

Leigh McDaniel Chiles
Memphis, TN

**Bar Number: 87033**

Carmen Elizabeth Clark
Anchorage, AK

**Bar Number: 2006091**

Danny Keith Clearman
Las Vegas, NV

**Bar Number: 2013295**

Brian Alexander Clepp
Boerne, TX

**Bar Number: 2014082**

Anthoney Kristopher Lee Coon
Bentonville, AR

**Bar Number: 2008086**

Virginia Cooper
Bella Vista, AR

**Bar Number: 76025**

William Circy Cummings, Jr.
Jacksonville, AR

**Bar Number: 2000026**

Michael Richard Cummins
San Luis Obispo, CA

**Bar Number: 77003**

Clark S. Davis
Deerfield Beach, FL

**Bar Number: 2000028**

Darrel E. Davis, Jr.
Farmington, AR

**Bar Number: 90223**

Ashley Ross Deer
Leawood, KS

**Bar Number: 2000063**

Samuel J. DeMaio
Dallas, TX

**Bar Number: 81045**

James M. Dendy
Conway, AR

**Bar Number: 80176**

Sheryl Dicker
Mamaroneck, NY

**Bar Number: 2006254**

Benjamin Scott Dickinson
Brentwood, TN

**Bar Number: 2012092**

Michael B. Dickinson
Gulfport, MS

**Bar Number: 86008**

Candice Baker Dickson
Jonesboro, AR

**Bar Number: 77044**

James Edward Dickson
Jonesboro, AR

**Bar Number: 2001035**

Catherine Jeanettia Dolan
Denver, CO

**Bar Number: 2015005**

Adam Thomas Dougherty
Dallas, TX

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 96244**

Brian Douglas Dover
Jonesboro, AR

**Bar Number: 85215**

Cynthia Ann Falls
Asheville, NC

**Bar Number: 81064**

Gary Day Garland
Corning, AR

**Bar Number: 2007150**

Mark Brandon Duch
Texarkana, TX

**Bar Number: 2014120**

Christopher Ayres Fasel
Poratello, ID

**Bar Number: 89211**

John Downing Garnett
Houston, TX

**Bar Number: 2011109**

Fred Andrew Dunsing
Hot Springs, AR

**Bar Number: 2011008**

Carrie Nicole Felice
Springhill, FL

**Bar Number: 2010195**

Meagan Terese Gentry
Charleston, SC

**Bar Number: 2005306**

Yvette Renee DuVall
Springfield, MO

**Bar Number: 80045**

Amy Lynne Ford
Little Rock, AR

**Bar Number: 2000170**

Anthony D. George
Bentonville, AR

**Bar Number: 89062**

Patricia Ann Eables
Key West, FL

**Bar Number: 99215**

Nicole Suzette Weeks Fowler
Jackson, WY

**Bar Number: 2001263**

Thomas Phillip Germeroth
Clayton, MO

**Bar Number: 2001169**

Mary A. Earl
Houston, TX

**Bar Number: 2006321**

John A. Frase
Albuquerque, NM

**Bar Number: 2008053**

Aaron C. Gimblet
North Little Rock, AR

**Bar Number: 2011041**

Brandon Trueman Eckhart
Texarkana, TX

**Bar Number: 93010**

Joette Furlough
Dallas, TX

**Bar Number: 75161**

Jerry Wayne Glover
Chicago, IL

**Bar Number: 2006128**

Kay Elizabeth Ellington
Dallas, TX

**Bar Number: 87146**

Janet P. Gallman
Harrison, AR

**Bar Number: 2004017**

Kathryn Wills Goff
Saint Jo, TX

**Bar Number: 91018**

Daniel Douglas Etzkorn
Benton, AR

**Bar Number: 2013022**

Alexander Garcia
San Antonio, TX

**Bar Number: 2014088**

Robert Eugene Goins
Broken Arrow, OK

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 96117**

Jan Michele England Griffin
Castle Rock, CO

**Bar Number: 96238**

Steve W. Haralson
Fairfield Bay, AR

**Bar Number: 92120**

Joseph Patrick Jaynes
Searcy, AR

**Bar Number: 73145**

Charles Arthur Hadden
Little Rock, AR

**Bar Number: 84065**

W. Price Harned
Mountain Home, AR

**Bar Number: 2008023**

Justin Lee Jeter
Dallas, TX

**Bar Number: 2003107**

Gary Shaun Hair, Jr.
Anthem, AZ

**Bar Number: 2009139**

Heath Robert Hasenbeck
Springdale, AR

**Bar Number: 81197**

Robert Lanier Jones, II
Seguin, TX

**Bar Number: 2007287**

Kathryn Hake
Camden, AR

**Bar Number: 98034**

Tia Helberg
Hot Springs Village, AR

**Bar Number: 79108**

Robert Lee Jones
Little Rock, AR

**Bar Number: 93208**

Nancy Amy Hall
North Little Rock, AR

**Bar Number: 2001285**

Dennis Floyd Herring
Shreveport, LA

**Bar Number: 2000165**

Scott L. Jones
Siloam Springs, AR

**Bar Number: 2008080**

Crystal S. Halley
Sheridan, AR

**Bar Number: 83209**

Joe Marc Hesse
Frisco, TX

**Bar Number: 2007302**

Cody D. Katzer
Fayetteville, AR

**Bar Number: 2006096**

Deidra Deanne Hall-Parish
Southlake, TX

**Bar Number: 83087**

G. David Holmes
Gallatin, TN

**Bar Number: 73064**

Robert Raymond Keegan
Fayetteville, AR

**Bar Number: 92147**

Leif Hamman
Jonesboro, AR

**Bar Number: 96084**

Erica M. Hughes
Arkadelphia, AR

**Bar Number: 2017143**

Kelsey Leigh Kent
Fayetteville, AR

**Bar Number: 93020**

Regina Haralson
Fairfield Bay, AR

**Bar Number: 79167**

Bernard Phillip Ingold
Dumfries, VA

**Bar Number: 88124**

Michael J. King
Hot Springs, AR

# Category 1

## Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 2012190**

Chin Kuay
Pacifica, CA

**Bar Number: 99034**

Michael Basil Kyriakakis
Harvey, AR

**Bar Number: 74095**

John Terry Lee
Siloam Springs, AR

**Bar Number: 99142**

Jason Robert Lewallen
Jonesboro, AR

**Bar Number: 91190**

Barbara E. Lingle
Rogers, AR

**Bar Number: 74176**

Terry Hammond Little
Denver, CO

**Bar Number: 2006237**

Sarah Anne Loge
Fayetteville, AR

**Bar Number: 94043**

Beth Ann Long
Little Rock, AR

**Bar Number: 86111**

Imogene "Winnie" MacDonald
Fayetteville, AR

**Bar Number: 77085**

Nancy Jane Mahler
Little Rock, AR

**Bar Number: 75082**

J. Phillip Malcom
Little Rock, AR

**Bar Number: 76175**

Leon Marks
Sacramento, CA

**Bar Number: 2014023**

James Andrew Marshall
Conway, AR

**Bar Number: 2009208**

Francis J. Martin
Canoga Park, CA

**Bar Number: 89215**

John Lee Martin
Lampe, MO

**Bar Number: 2012106**

Mary Carter Martin
Bentonville, AR

**Bar Number: 2009062**

Rhett Preston Martin
Washington, DC

**Bar Number: 2000054**

Lourdes Estevez Martinez
Metairie, LA

**Bar Number: 2009038**

Cynthia Grooms Marvin
Little Rock, AR

**Bar Number: 2013276**

Danica Eliana Maslov
Guelph, ON

**Bar Number: 2013292**

Stuart Chesley Mathews
Crocketts Bluff, AR

**Bar Number: 2017004**

Micah Monroe Mathis
Roswell, GA

**Bar Number: 84102**

Hiram McBeth, III
Pine Bluff, AR

**Bar Number: 2014104**

Brent Douglas McCabe
Austin, TX

**Bar Number: 2008016**

Elizabeth McCandless
Little Rock, AR

**Bar Number: 72082**

James Neil McCord, II
Fayetteville, AR

**Bar Number: 2005272**

Michael Dennis McGhee
Charlotte, NC

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 2013202**

Scott Christian McIntosh
Lexington, KY

**Bar Number: 86120**

Kevin Michael McKinnon
Bedford, TX

**Bar Number: 92218**

Mona J. McNutt
Plumerville, AR

**Bar Number: 2001206**

Matthew J. McWilliams
Queen Creek, AZ

**Bar Number: 2008264**

Reid Davis Miller
Little Rock, AR

**Bar Number: 2010263**

Anne Michelle Milligan
Portland, OR

**Bar Number: 70049**

Dewey Moore, Jr.
Little Rock, AR

**Bar Number: 70050**

Robert F. Morehead
Pine Bluff, AR

**Bar Number: 2012021**

Austin Kyle Morgan
Austin, TX

**Bar Number: 2013215**

Harold David Nations
Heber Springs, AR

**Bar Number: 2016009**

Amy Steele Neathery
Oklahoma City, OK

**Bar Number: 81211**

Patricia Joyce Nobles
Dallas, TX

**Bar Number: 83138**

Steven Del Oliver
Royal, AR

**Bar Number: 2001135**

Steven Ryan Owens
Jonesboro, AR

**Bar Number: 94121**

Stephen Wade Parker
New Cumberland, PA

**Bar Number: 2013249**

Thomas M. W. Parker
Lowell, AR

**Bar Number: 95076**

Melynda Gibson Pearson
Texarkana, TX

**Bar Number: 73092**

James Albert Penix, Jr.
Springdale, AR

**Bar Number: 2014074**

Lauren Anne Peterson
Joplin, MO

**Bar Number: 2010124**

Lindsay Nicole Pollard
Dallas, TX

**Bar Number: 2015141**

Carmen Donielle Pruitt
North Little Rock, AR

**Bar Number: 95147**

Richard Patrick Quinn
Alexandria, VA

**Bar Number: 2013047**

Travis C. Ragland
Morrilton, AR

**Bar Number: 87139**

John Clayton Randolph
New Orleans, LA

**Bar Number: 96083**

Douglas M. Rather
Santa Fe, NM

**Bar Number: 2008136**

James Allen Roach
Plano, TX

**Bar Number: 2001057**

Sean Eric Robertson
Bentonville, AR

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

Bar Number: 79247

Jim Rose, III
Fayetteville, AR

Bar Number: 2006317

Abigail Fortune Sloan
Chicago, IL

Bar Number: 2009133

Priscilla Sierra Summers
Springdale, AR

Bar Number: 88011

Norton Rosenthal
Dallas, TX

Bar Number: 87183

Charla S. Smart
Dallas, TX

Bar Number: 74187

Kelly Hansen Swanson
Las Vegas, NV

Bar Number: 2016093

Lauren Carolyn Rotonda
Covington, TN

Bar Number: 2011096

Angelica R. Smith
Little Rock, AR

Bar Number: 2005090

Ebony-Azizi Sylla
Brunswick, GA

Bar Number: 2002172

Kevin William Ryan
Conway, AR

Bar Number: 2008142

Anna Rene Smith
Memphis, TN

Bar Number: 2011084

Stephen M. Talley
Russellville, AR

Bar Number: 83157

Michael Gordon Scussel
Pine Bluff, AR

Bar Number: 76118

Richard L. Smith
Frisco, TX

Bar Number: 80149

Stephen L. Tisdale
Eudora, AR

Bar Number: 91101

Jennifer Mead Selin
Morgantown, WV

Bar Number: 2006007

Thomas B. Smith
Fayetteville, AR

Bar Number: 2005235

Erik Brett Walker
Austin, TX

Bar Number: 2001085

Roman Ashley Shaul
Montgomery, AL

Bar Number: 2011229

John Edward Steiner
Millville, NJ

Bar Number: 2001284

Janae D. Walker
Woburn, MA

Bar Number: 80212

Richard Stewart Simmons
Whitehouse, TX

Bar Number: 2015125

Katherine Carey Stephens
Little Rock, AR

Bar Number: 92205

John David Walt, Jr.
Franklin, TN

Bar Number: 91059

Lynn J. Skinner
Drasco, AR

Bar Number: 2015008

Eric Paul Studer
Brenham, TX

Bar Number: 97183

David Anthony Washnock
Pace, FL

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 2018016**

Whitney Alexander Wayne
Fayetteville, AR

**Bar Number: 2005048**

Vallie J. Wilkerson
Vilonia, AR

**Bar Number: 2017073**

W. Garrett Wilkins
Dallas, TX

**Bar Number: 2012105**

Ladarron D. Williams
Kansas City, MO

**Bar Number: 2016119**

Richard Paul Williams, III
Jackson, MS

**Bar Number: 2007070**

Kirk D. Willis
Dallas, TX

**Bar Number: 2006110**

Garrett Wayne Wilson
Houston, TX

**Bar Number: 2011107**

Holly Sales Wilson
Rogers, AR

**Bar Number: 2000108**

Jeremy R. Wilson
Dallas, TX

**Bar Number: 77145**

Robert Lawrence Wilson
Little Rock, AR

**Bar Number: 83186**

William Ross Wisely
Hot Springs National Park, AR

**Bar Number: 2012201**

Jacquelin Elizebeth Wohlschaeger
Cabot, AR

**Bar Number: 84165**

Keith Newton Wood
Hope, AR

**Bar Number: 95248**

Johnny Leon Woodruff
Chattanooga, TN

**Bar Number: 2014202**

Daniel K. Yim
Washington, DC

**Bar Number: 76149**

Robert E. Young
Delray Beach, FL

**Bar Number: 2013271**

Aliya Hussaini Yousufi
San Jose, CA

**Bar Number: 2014208**

Melissa Ann Zimmerman
San Diego, CA

**Total Count: 207**

**Returned to paid status since the last per curiam
order regarding the status of license fees**

Bar Number: 2015251
Benjamin Patrick Barton
Monticello, AR

Bar Number: 2011114
Heather McNew Carter
Little Rock, AR

Bar Number: 89241
Brian A. Eddington
Baton Rouge, LA

Bar Number: 79010
Walter Whit Barton
Monticello, AR

Bar Number: 2014258
Derrell A. Coleman
Dallas, TX

Bar Number: 92069
William Douglas Faith, III
Huntsville, AL

Bar Number: 2016198
Joshua John Bates
Belton, TX

Bar Number: 70018
George R. Coleman, Jr.
Little Rock, AR

Bar Number: 97220
Fara Elizabeth Faubus
North Little Rock, AR

Bar Number: 95139
John H. Bell
Searcy, AR

Bar Number: 2005284
Kellie B. Combs
Washington, DC

Bar Number: 85052
David Rex Ferguson
Alma, AR

Bar Number: 96224
Robert Miles Berry, Jr.
Little Rock, AR

Bar Number: 2005286
Nathan Isaac Combs
Washington, DC

Bar Number: 96204
Stacy D. Fletcher
Little Rock, AR

Bar Number: 85186
Addie Marie Burks
Memphis, TN

Bar Number: 93046
Bart Charles Craytor
New Boston, TX

Bar Number: 97159
Seth Timothy Ford
Atlanta, GA

Bar Number: 2006345
Kassi Richey Burns
Alexandria, VA

Bar Number: 81040
Francis Dorvin Crumpler, Jr.
Denton, TX

Bar Number: 82221
Hershel H. Garner, Jr.
Fayetteville, AR

Bar Number: 2014158
Scott A. Burton
Libertyville, IL

Bar Number: 93147
Terri Dost
Jonesboro, AR

Bar Number: 2017101
Jennifer L. Gibbs
Dallas, TX

Bar Number: 79029
Charles Robinson Camp
Little Rock, AR

Bar Number: 2006325
Sherry Elizabeth Moseley Dunlap
Little Rock, AR

Bar Number: 92217
Carrie Rose Griffith
Watts, OK

Bar Number: 2003173
Kristin Cordell Camp
Malvern, AR

Bar Number: 2015031
Joshua Adam Eason
Little Rock, AR

Bar Number: 2003108
Hayden Emmett Hanna
Jacksonville, AR

**Returned to paid status since the last per curiam
order regarding the status of license fees**

**Bar Number: 2004007**
Joel Grant Hargis
Jonesboro, AR

**Bar Number: 97100**
Charles S. Harmon
Sherwood, AR

**Bar Number: 83207**
Mary L. Harmon
New York, NY

**Bar Number: 95034**
Eric Glen Hughes
Arkadelphia, AR

**Bar Number: 2015223**
Amelia Theresa Lafont
Little Rock, AR

**Bar Number: 94010**
Michael Williams Langley
Little Rock, AR

**Bar Number: 98104**
Monica Lee Mason
Sherwood, AR

**Bar Number: 2017100**
Zachary Musholt Matthews
Alpharetta, GA

**Bar Number: 2007146**
Matthew Porter McKay
Little Rock, AR

**Bar Number: 2004215**
Jessica Anne Middleton
Little Rock, AR

**Bar Number: 2003216**
Carmen Marie Mosley-Sims
Little Rock, AR

**Bar Number: 89179**
Ranko Shiraki Oliver
Little Rock, AR

**Bar Number: 2004135**
Benjamin Ian Poole
Bentonville, AR

**Bar Number: 90077**
Scott E. Poynter
Little Rock, AR

**Bar Number: 99206**
Chris R. Reed
Fayetteville, AR

**Bar Number: 86149**
Gary "Bud" Ray Roberts
Benton, AR

**Bar Number: 2007201**
Nicholas Lincoln Rogers
North Little Rock, AR

**Bar Number: 2016116**
Brian Gerald Schierding
Columbia, MO

**Bar Number: 2012145**
Stephen Anthony Shoptaw
Little Rock, AR

**Bar Number: 2011223**
S. Craig Smith
Little Rock, AR

**Bar Number: 93043**
James Patrick Stanzell
Tupelo, MS

**Bar Number: 2019058**
Asher Steinberg
Little Rock, AR

**Bar Number: 99009**
Jason A. Stuart
Little Rock, AR

**Bar Number: 99089**
Heather Leigh Turnbull
Tallahassee, FL

**Bar Number: 2011235**
Wesley DeWayne Whitmore
Fayetteville, AR

**Bar Number: 2009256**
Derrick L. Williams
Washington, DC

**Bar Number: 93013**
M. Suzanne Winter
Forrest City, AR

**Bar Number: 84164**
John C. Wisner, III
North Little Rock, AR

**Total Count: 58**